This is a civil filing.